KAMER ZUCKER ABBOTT
Scott M. Abbott         #4500
Jen J. Sarafina          #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com

Attorneys for Defendant
WSCC, Inc., dba Sierra Well

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA CARTWRIGHT, ) | Case No. 3:22-cv-00451-ART-CSD |
| ) | |
| Plaintiff, ) | **STIPULATION AND REQUEST FOR** |
| ) | **EXTENSION OF TIME FOR** |
| vs. ) | **DEFENDANT TO RESPOND TO** |
| ) | **COMPLAINT** |
| WSCC, INC., dba SIERRA WELL, ) | |
| ) | **(First Request)** |
| Defendant. ) | |

Plaintiff Rebecca Cartwright and Defendant WSCC, Inc., dba Sierra Well, by and through their respective counsel of record, hereby stipulate and request that the deadline for Defendant to answer or otherwise respond to the Complaint be extended from the present date of November 7, 2022 to January 10, 2023.  In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff served the Summons and Complaint on Defendant on October 17, 2022, rendering an answer or other initial appearance due by November 7, 2022.

2. The undersigned counsel was retained by Defendant on November 17, 2022, following Defendant's diligent search for representation.  Defendant's counsel will need sufficient time to review this matter in order to prepare a proper response to the Complaint. Counsel for both Plaintiff and Defendant have conferred during the week of

November 14, 2022 regarding the need for an extension of time to respond to the Complaint, and they have agreed to an extension of time up to and including **January 10, 2023**.

3. This extension is requested for the reasons stated above and not for purposes of delay or any other improper purposes.

4. This is the first request for an extension of time in this matter.

DATED this 22nd day of November 2022.

| MARK MAUSERT LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Sean McDowell* | By: /s/ *Scott M. Abbott* |
| Mark Mausert        #2398 | Scott M. Abbott       #4500 |
| Sean McDowell      #15962 | Jen J. Sarafina         #9679 |
| 729 Evans Avenue | 3000 West Charleston Blvd., Suite 3 |
| Reno, Nevada 89512 | Las Vegas, Nevada 89102 |
| Tel: (702) 625-3893 | Tel: (702) 259-8640 |
| Fax: (702) 625-3893 | Fax: (702) 259-8646 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Rebecca Cartwright | WSCC, Inc., dba Sierra Well |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2022