**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA CARTWRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>WSCC, INC., dba SIERRA WELL,<br><br>    Defendant. | Case No. 3:22-cv-00451-ART-CSD<br><br>**ORDER APPROVING**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 10th day of January 2023.

Respectfully submitted,

| MARK MAUSERT LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Sean McDowell* | By: /s/ *Scott M. Abbott* |
| Mark Mausert #2398 | Scott M. Abbott #4500 |
| Sean McDowell #15962 | Jen J. Sarafina #9679 |
| 729 Evans Avenue | 3000 West Charleston Blvd., Suite 3 |
| Reno, Nevada 89512 | Las Vegas, Nevada 89102 |
| Tel: (775) 786-5477 | Tel: (702) 259-8640 |
| Fax: (775) 786-9658 | Fax: (702) 259-8646 |
| Attorneys for Plaintiff Rebecca Cartwright | Attorneys for Defendant WSCC, Inc., dba Sierra Well |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: January 11, 2023